| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 03-CR-839-01 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | FILED IN CLERK'S OFFICE FEB 21 2007 U.S. DISTRICT COURT E.D.N.Y BROOKLYN OFFICE ★ | DOCKET NUMBER *(Rec. Court)* CR07-31 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Candace Brown | Eastern District of New York | Brooklyn |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Sterling Johnson, Jr. | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 7/22/05 — TO 7/21/10 |

**OFFENSE**

Conspiracy to Import Cocaine, in violation of 21 U.S.C. 952(a) 963. 960(b)(3)

REDACTED

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___EASTERN___ DISTRICT OF ___NEW YORK___

  IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___District of Delaware___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

2/20/07
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF ___DELAWARE___

  IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

FILED MAR - 1 2007  U.S. DISTRICT COURT DISTRICT OF DELAWARE

March 16, 2007
Effective Date

_____
United States District Judge